UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Jennifer Joyce,

        Debtor.

Chapter 7

Bankruptcy No. 21-11484-MDC

\*   \*   \*   \*   \*   \*   \*

**ORDER GRANTING MOTION TO VACATE ORDER
APPROVING REAFFIRMATION AGREEMENT**

    M&T Bank (hereinafter "Movant") having moved for an Order Vacating Order Approving Reaffirmation Agreement, herein,

    UPON the Notice of Motion and to Vacate Order Approving Reaffirmation Agreement, dated July 15, 2021, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and Debtor having appeared on the motion, and a Reaffirmation Agreement between M&T Bank and Jennifer Joyce having been signed by the parties and submitted to this Court, and due deliberation having been had thereon and good and sufficient cause appearing,

    NOW, on Motion of Movant, by its counsel, Schiller, Knapp, Lefkowitz & Hertzel, LLP, it is hereby

    ORDERED, that the Order Approving Reaffirmation Agreement is hereby vacated; and it is further

ORDERED, that the Reaffirmation Agreement signed by M&T Bank and Jennifer Joyce shall be filed on the Court's docket and considered by this Court for approval.

DATED:      Philadelphia, Pennsylvania
            _____, 2021

                                          _____
                                          Hon. Magdeline D. Coleman
                                          United States Bankruptcy Judge
                                          Eastern District of Pennsylvania