**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                        :    Chapter 7

     Jennifer Joyce,                     :

           Debtor.               :    Bankruptcy No. 21-11484-MDC

# <u>O R D E R</u>

**AND NOW, WHEREAS**, on August 11, 2021, Jennifer Joyce (the "Debtor") caused to be filed a *pro se* reaffirmation agreement with creditor Lakeview Loan Servicing, LLC (the "Reaffirmation Agreement").[1]

**AND**, no attorney declaration or affidavit has been filed as required by to 11 U.S.C. §524(c)(3).

It is hereby **ORDERED** and **DETERMINED** that:

1.      Pursuant to §524(d), a hearing shall be held on **September 29, 2021, at 10:30 a.m.**, in Bankruptcy Courtroom No. 2, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania**, to inform the Debtor (i) that the reaffirmation agreement is not required under this title, under nonbankruptcy law, or any agreement not made in accordance with the provisions of §524(c); and (ii) of the legal effect and consequences of the proposed reaffirmation agreement and a default under the proposed reaffirmation agreement (the "§524(d) Hearing").  **\*\*PLEASE NOTE ALL HEARINGS ARE CONDUCTED BY TELEPHONE -- 877-336-1828 Access Code 7855846**.

2.      Pursuant to §524(c)(6) and at the §524(d) Hearing, the Court shall determine whether the Reaffirmation Agreement (i) does not impose an undue hardship on the Debtor or a dependent of the debtor; and (ii) is in the Debtor's best interest.

---

[1] Bankr. Docket No. 42.

3.      Pending the conclusion of the §524(d) Hearing, the discharge order under 11

U.S.C. §727(a) shall not be entered.  *See* Fed. R. Bankr. P. 4004(c)(1)(K).


Dated:  September 8, 2021

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Jennifer Joyce
1501 Denise Circle
Phoenixville, PA 19460

Robert W. Seitzer, Esquire
Karalis PC
1900 Spruce Street
Philadelphia, PA 19103

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226

Martin A. Mooney, Esquire
Schiller, Knapp, Lefkowitz & Hertzel LLP
15 Cornell Road
Latham, NY 12110

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912