**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Jennifer Joyce | : | |
| Debtor(s). | : | Bankruptcy. No. 21-11484mdc |

# O R D E R

The Debtor, Jennifer Joyce, has filed a motion for approval of the reaffirmation agreement between the Debtor and creditor M&T Bank. The Court held the hearing on September 29, 2021, required by 11 U.S.C. §524(c)(6)(A) on notice to the Debtor and the creditor.

☐   The Court grants the Debtor's motion under 11 U.S.C. §524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the Debtor(s) or a dependent of the Debtor(s) and as being in the best interest of the Debtor(s).

☑   The Court grants the Debtor's motion under 11 U.S.C. §524(k)(8) and approves the reaffirmation agreement described above.

☐   The Court does not disapprove the reaffirmation agreement under 11 U.S.C. §524(m).

☐   The Court disapproves the reaffirmation agreement under 11 U.S.C. §524(m).

☐   The Court does not approve the reaffirmation agreement.

Date:  September 30, 2021

*Magdeline D. Coleman*
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**