United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 21-11484-mdc

Jennifer Joyce                                                                  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2

Date Rcvd: Sep 30, 2021                       Form ID: pdf900                                Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer Joyce, 1501 Denise Circle, Phoenixville, PA 19460-1817 |
| cr | + | M&T BANK, Schiller, Knapp, Lefkowitz & Hertzel,LLC, 15 Cornell Road, Latham, NY 12110-1491 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2021                            Signature:              /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com |
| MARTIN A. MOONEY | on behalf of Creditor M&T BANK lgadomski@schillerknapp.com  kcollins@schillerknapp.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| ROBERT W. SEITZER | on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com  jhysley@karalislaw.com |

United States Trustee

District/off: 0313-2                     User: admin                          Page 2 of 2
Date Rcvd: Sep 30, 2021                  Form ID: pdf900                       Total Noticed: 2

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                         :          Chapter 7

Jennifer Joyce                                 :

          Debtor(s).                           :          Bankruptcy. No. 21-11484mdc

# O R D E R

The Debtor, Jennifer Joyce, has filed a motion for approval of the reaffirmation agreement

between the Debtor and creditor M&T Bank.  The Court held the hearing on September 29, 2021,

required by 11 U.S.C. §524(c)(6)(A) on notice to the Debtor and the creditor.

☐          The Court grants the Debtor's motion under 11 U.S.C. §524(c)(6)(A)
           and approves the reaffirmation agreement described above as not
           imposing an undue hardship on the Debtor(s) or a dependent of the
           Debtor(s) and as being in the best interest of the Debtor(s).

☑          The Court grants the Debtor's motion under 11 U.S.C. §524(k)(8)
           and approves the reaffirmation agreement described above.

☐          The Court does not disapprove the reaffirmation agreement under
           11 U.S.C. §524(m).

☐          The Court disapproves the reaffirmation agreement under 11 U.S.C.
           §524(m).

☐          The Court does not approve the reaffirmation agreement.

Date:    September 30, 2021

*Magdeline D. Coleman*

**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**