IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date: 11/22/2021

IN RE:                                               :         Chapter 7

Jennifer Joyce
        Debtor(s)                         :         Bankruptcy No. 21-11484-mdc

## CERTIFICATION OF COSTS

The sum of $0.00 has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 on or before N/A.

The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Notices | Administrative Fee Waived 5/28/2021 as Debtor was Granted Application to Have the Chapter 7 Filing Fee Waived, To Proceed in forma pauperis. | |
| Claims | | |
| Certifications | | |
| Adversary Complaints | NO Adversary Complaints Filed. | |
| Copies | | |
| | TOTAL: | $0.00 |

Dated at Philadelphia, Pennsylvania
this 22nd day of November, 2021

TIMOTHY B. MCGRATH, Clerk

By:    C. Wagner
       Deputy Clerk

Certcost 8/99