**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia DIVISION**

In re: JOYCE, JENNIFER　　　　　　　　§　Case No. 21-11484-MDC
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 05/24/2021. The undersigned trustee was appointed on 05/25/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of　　$　　　15,000.00

　　Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 23.22 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]　　$ | 14,976.78 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/08/2021 and the deadline for filing governmental claims was 11/22/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,250.00, for a total compensation of $2,250.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $5.20 for total expenses of $5.20[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/05/2022            By: /s/ Christine C. Shubert
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 21-11484-MDC | Trustee Name: | (500770) Christine C. Shubert |
|---|---|---|---|
| Case Name: | JOYCE, JENNIFER | Date Filed (f) or Converted (c): | 05/24/2021 (f) |
| | | § 341(a) Meeting Date: | 07/16/2021 |
| For Period Ending: | 01/05/2022 | Claims Bar Date: | 11/08/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 1501 Denise Circle, Phoenixville, PA 19460, Chester County<br>original Trustee value was zero yet funds were able to be collected (See Footnote) | 110,000.00 | 0.00 | | 15,000.00 | FA |
| 2 | 2007 Mercury Milan | 3,200.00 | 0.00 | | 0.00 | FA |
| 3 | Living room, dining room, family room, bedroom and kitchen furniture, appliances, dishes, etc all from 10 to 18 years old. | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 4 | 32' LED TV, laptop computer, IPad tablet, Iphone cell phone. All over 2 to 10 years old. | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Used books and art prints. | 500.00 | 500.00 | | 0.00 | FA |
| 6 | Exercise Machine, Hand Weights, House Plant Tools | 500.00 | 500.00 | | 0.00 | FA |
| 7 | Everyday work and casual clothes, coats and shoes. | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Rings, Earrings, Watches, Necklaces and Chains, Pendants | 8,000.00 | 0.00 | | 0.00 | FA |
| 9 | VOID<br>asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Cash | 20.00 | 20.00 | | 0.00 | FA |
| 11 | Checking account: Wells Fargo | 200.00 | 200.00 | | 0.00 | FA |
| 12 | VOID<br>asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 13 | VOID<br>asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 14 | VOID<br>asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 15 | VOID<br>asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 15 | **Assets Totals (Excluding unknown values)** | **$127,920.00** | **$3,220.00** | | **$15,000.00** | **$0.00** |

RE PROP# 1    Order approving compromise Doc#52

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A
Page: 2

**Case No.:** 21-11484-MDC  
**Case Name:** JOYCE, JENNIFER

**Trustee Name:** (500770) Christine C. Shubert  
**Date Filed (f) or Converted (c):** 05/24/2021 (f)  
**§ 341(a) Meeting Date:** 07/16/2021

**For Period Ending:** 01/05/2022

**Claims Bar Date:** 11/08/2021

**Major Activities Affecting Case Closing:**

> 7/21 Attorney employed
> 11/21 reviewing claims

**Initial Projected Date Of Final Report (TFR):** 01/15/2022

**Current Projected Date Of Final Report (TFR):** 12/01/2021 (Actual)

UST Form 101-7-TFR (5/1/2011)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 1

| Case No.: | 21-11484-MDC | Trustee Name: | Christine C. Shubert (500770) |
|---|---|---|---|
| Case Name: | JOYCE, JENNIFER | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0579 | Account #: | ******3237 Checking |
| For Period Ending: | 01/05/2022 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/28/21 | {1} | Jennifer Joyce | first payment in settlement regarding non exempt equity | 1110-000 | 5,000.00 | | 5,000.00 |
| 09/30/21 | {1} | Jennifer Joyce | second installment per stipulation | 1110-000 | 5,000.00 | | 10,000.00 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 8.01 | 9,991.99 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 15.21 | 9,976.78 |
| 11/11/21 | {1} | Jennifer Joyce | final payment on settlement | 1110-000 | 5,000.00 | | 14,976.78 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | | 15,000.00 | 23.22 | $14,976.78 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| Subtotal | | 15,000.00 | 23.22 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $15,000.00 | $23.22 | |

{ } Asset Reference(s)       UST Form 101-7-TFR (5/1/2011)                                    ! - transaction has not been cleared

# Form 2

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 21-11484-MDC | **Trustee Name:** | Christine C. Shubert (500770) |
| **Case Name:** | JOYCE, JENNIFER | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0579 | **Account #:** | ******3237 Checking |
| **For Period Ending:** | 01/05/2022 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $15,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $15,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3237 Checking | $15,000.00 | $23.22 | $14,976.78 |
| | **$15,000.00** | **$23.22** | **$14,976.78** |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

**Case:** 21-11484-MDC        **JENNIFER JOYCE**

Claims Bar Date: 11/08/21

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ATTY EXP | Karalis, PC<br>1900 Spruce Street<br>Philadelphia, PA 19103<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200<br><br>8/13/2021 order to employ | Administrative<br>11/24/21 | | $49.46<br>$49.46 | $0.00 | $49.46 |
| ATTY FEE | Karalis, PC<br>1900 Spruce Street<br>Philadelphia, PA 19103<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200<br><br>8/13/2021 order to employ | Administrative<br>11/24/21 | | $1,540.00<br>$1,540.00 | $0.00 | $1,540.00 |
| FEE | Christine C. Shubert<br>821 Wesley Ave<br>Ocean City, NJ 08226<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>11/24/21 | | $2,250.00<br>$2,250.00 | $0.00 | $2,250.00 |
| TE | Christine C. Shubert<br>821 Wesley Ave<br>Ocean City, NJ 08226<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>11/24/21 | | $5.20<br>$5.20 | $0.00 | $5.20 |
| 1 | NAVIENT PC TRUST<br>C/O Navient Solutions, LLC.<br>PO BOX 9000<br>Wilkes-Barre, PA 18773-9000<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Valid | Unsecured<br>08/06/21 | | $49,150.23<br>$49,150.23 | $0.00 | $49,150.23 |
| 2 | Bank of America, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Valid | Unsecured<br>08/11/21 | | $7,845.33<br>$7,845.33 | $0.00 | $7,845.33 |

# Exhibit C

## Analysis of Claims Register

**Case:** 21-11484-MDC    **JENNIFER JOYCE**

Claims Bar Date: 11/08/21

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | Wells Fargo Bank, N.A., Wells Fargo Card Services<br>PO Box 9210<br>Des Moines, IA 50306<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Valid | Unsecured<br>08/18/21 | | $17,753.73<br>$17,753.73 | $0.00 | $17,753.73 |
| 4 | Citibank, N.A.<br>6716 Grade Ln Blg 9 Ste 910-PY DEPT<br>Louisville, KY 40213-3439<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Valid | Unsecured<br>08/24/21 | | $3,287.13<br>$3,287.13 | $0.00 | $3,287.13 |
| 5 | Citibank, N.A.<br>6716 Grade Ln Blg 9 Ste 910-PY DEPT<br>Louisville, KY 40213-3439<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Valid | Unsecured<br>08/24/21 | | $6,896.28<br>$6,896.28 | $0.00 | $6,896.28 |
| 6 | Citibank, N.A.<br>6716 Grade Ln Blg 9 Ste 910-PY DEPT<br>Louisville, KY 40213-3439<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Valid | Unsecured<br>08/24/21 | | $9,466.83<br>$9,466.83 | $0.00 | $9,466.83 |
| 7 | Jefferson Capital Systems LLC<br>PO Box 7721813<br>Chicago, IL 60677-2813<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Valid | Unsecured<br>11/08/21 | | $425.42<br>$425.42 | $0.00 | $425.42 |

**Case Total:** $0.00    $98,669.61

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 21-11484-MDC
Case Name: JENNIFER JOYCE
Trustee Name: Christine C. Shubert

**Balance on hand:** $ 14,976.78

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 14,976.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Christine C. Shubert | 2,250.00 | 0.00 | 2,250.00 |
| Trustee, Expenses - Christine C. Shubert | 5.20 | 0.00 | 5.20 |
| Attorney for Trustee Fees - Karalis, PC | 1,540.00 | 0.00 | 1,540.00 |
| Attorney for Trustee, Expenses - Karalis, PC | 49.46 | 0.00 | 49.46 |

Total to be paid for chapter 7 administrative expenses: $ 3,844.66
Remaining balance: $ 11,132.12

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 11,132.12

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 11,132.12 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $94,824.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | NAVIENT PC TRUST | 49,150.23 | 0.00 | 5,770.07 |
| 2 | Bank of America, N.A. | 7,845.33 | 0.00 | 921.01 |
| 3 | Wells Fargo Bank, N.A., Wells Fargo Card Services | 17,753.73 | 0.00 | 2,084.23 |
| 4 | Citibank, N.A. | 3,287.13 | 0.00 | 385.90 |
| 5 | Citibank, N.A. | 6,896.28 | 0.00 | 809.60 |
| 6 | Citibank, N.A. | 9,466.83 | 0.00 | 1,111.37 |
| 7 | Jefferson Capital Systems LLC | 425.42 | 0.00 | 49.94 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 11,132.12 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR(5/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)