IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

JENNIFER JOYCE

Debtor

Chapter 7

Bankruptcy No. 21-11484-MDC

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this __7th__ day of ____March____ 2022, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge