United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 21-11484-mdc
Jennifer Joyce | Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Mar 07, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jennifer Joyce, 1501 Denise Circle, Phoenixville, PA 19460-1817 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com |
| MARTIN A. MOONEY | on behalf of Creditor M&T BANK lgadomski@schillerknapp.com  kcollins@schillerknapp.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROBERT W. SEITZER | on behalf of Attorney Karalis PC rseitzer@karalislaw.com  jhysley@karalislaw.com |
| ROBERT W. SEITZER | on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com  jhysley@karalislaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 07, 2022 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

JENNIFER JOYCE

Chapter 7

Bankruptcy No. 21-11484-MDC

Debtor

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this __7th__ day of ____March____ 2022, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge