United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-11484-mdc

Jennifer Joyce  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 29, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer Joyce, 1501 Denise Circle, Phoenixville, PA 19460-1817 |
| aty | + | Karalis PC, 1900 Spruce Street, Philadelphia, PA 19103-6605 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| MARTIN A. MOONEY | on behalf of Creditor M&T BANK lgadomski@schillerknapp.com kcollins@schillerknapp.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROBERT W. SEITZER | on behalf of Attorney Karalis PC rseitzer@karalislaw.com jhysley@karalislaw.com |
| ROBERT W. SEITZER | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 29, 2022 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com jhysley@karalislaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| JENNIFER JOYCE | : | Bankruptcy No. 21-11484(MDC) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

AND NOW, upon consideration of the First and Final Fee Application of Karalis PC (the "Applicant") for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, for the Period August 4, 2021 through November 23, 2021 (the "Application"), it is hereby **ORDERED** that:

1. The Application is **APPROVED**.

2. The sum of $1,540.00 is allowed as reasonable compensation for the services rendered and $49.46 for reimbursement of expenses for a total of $1,589.46.

3. The amount awarded herein is hereby made final.

BY THE COURT:

Dated: March 28, 2022

Magdeline D. Coleman
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE